# United States Bankruptcy Court
### District of South Carolina

In re  **John Franklin Wilkerson, Jr.**  
Debtor(s)

Case No. **22-01465**  
Chapter **13**

## NOTICE OF OBJECTION TO CLAIM

TAKE NOTICE that the Debtor had filed an OBJECTION TO CLAIM on June 27, 2022.

A copy of the motion and proposed order accompanies this notice.

TAKE FURTHER NOTICE that any response, return, and/or objection to this motion should be filed with the Court no later than 30 days from service of motion and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this motion, except at the direction of the judge, unless a response, return, and/or objection is timely filed and served, in which case the Court will conduct a hearing on **August 8, 2022, at 10:30 a.m. United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC.**

No further notice of this hearing will be given.

Date **June 28, 2022**

Signature **/s/ Benjamin R. Matthews**  
Name **Benjamin R. Matthews 3332 3332 SC**  
Address **Matthews & Associates, LLC**  
**2010 Gadsden St**  
**Columbia, SC 29201**

## United States Bankruptcy Court
### District of South Carolina

In re  **John Franklin Wilkerson, Jr.**                                                     Case No.  **22-01465**
                                         Debtor(s)                                           Chapter   **13**

### Debtor's Objection to Claim

The debtor herewith files the following objection to the claim of Calvary SPV I, LLC as assignee of Synchrony Bank/Lowes in the amount of $3,053.00 filed on June 7, 2022 by;

**Cavalry SPV I, LLC**
**P.O. Box 4252**
**Greenwich, CT 06831**

1. This creditor has filed an unsecured claim.

2.. Creditor alleges that the debtor(s) owes $3,053.00 for a credit card.

3. It appears that statute of limitations has expired for this debt.

Wherefore, the debtors prays the claim be disallowed as to the cure of default in the amount of $3,053.00.

                                                                    Respectfully Submitted,

                                         /s/ Benjamin R. Matthews
                                         **Benjamin R. Matthews 3332**
                                         **Benjamin R. Matthews & Assoc.**
                                         **2010 Gadsden St.**
                                         **Columbia, SC 29201**
                                         **803-799-1700 Fax:803-254-3578**
                                         **benrusmat@gmail.com**